Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAHEEM SEAWRIGHT,<br><br>Defendant. | CASE NO. 2:17-cr-00240-KJD-VCF |

### ORDER

IT IS HEREBY ORDERED that Defendant Raheem Seawright's Unopposed Motion for a Pre-Plea Presentence Investigation Report is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to the Court by no later than __August 19__, 2018, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant Raheem Seawright's criminal history only.

Dated this __20th__ day of June, 2018

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:17-cr-00240-KJD-VCF