# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Raheem Seawright

Petitioner,

v.

United States of America

Respondent.

JUDGMENT

Case Number: 2:20-cv-01152-KJD

(Related case: 2:17-cr-00240-KJD-CWH )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. Judgment for the United States. A Certificate of Appealability shall not issue.

07/05/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk